UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$18,480.00 U.S. CURRENCY SEIZED FROM )<br>EL A. WILLIS ON FEBRUARY 10, 2014, )<br>)<br>Defendant. ) | Case No. 3:14-CV-320<br><br>Judge _____ |

## WARRANT OF ARREST *IN REM*

TO: The United States Marshal for the Eastern District of Tennessee and/or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court.

On July 14, 2014 the United States of America filed a Verified Complaint *In Rem* for civil forfeiture in the United States District Court for the Eastern District of Tennessee against the following property:

$18,480.00 in United States Currency, seized from El A. Willis on February 10, 2014.

(hereinafter "Defendant Property"), alleging that the Defendant Property is subject to seizure and civil forfeiture to the United States for the reasons alleged in the complaint.

The Defendant Property is currently in the possession of the United States. In these circumstances, the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty & Maritime Claims and Asset Forfeiture Actions, Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant in rem for the Defendant Property.

Supplemental Rule G(3)(c)(i) provides that the Warrant of Arrest *In Rem* must be delivered to a person or organization authorized to execute it who may be a marshal or any other United

States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the Defendant Property by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

IN WITNESS WHEREOF, I, Clerk of the United States District Court for the Eastern District of Tennessee, have caused the foregoing Warrant of Arrest in Rem to be issued pursuant to the authority of the Supplemental Rule G(3)(b)(i) and the applicable laws of the United States and have hereunto affixed the seal of the Court at Knoxville, Tennessee, this _____ day of July, 2014.

            Clerk of the Court
            United States District Court

By: _____
   Deputy Clerk

## RETURN OF SERVICE

   I hereby certify that I executed this warrant by serving _____

by _____ on the _____ day of _____, 2014.


            _____
            [U.S. Deputy Marshal or other person serving warrant]

3