UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:14-CV-320 |
| ) | |
| $18,480.00 U.S. CURRENCY SEIZED ) | |
| FROM EL A. WILLIS ON ) | |
| FEBRUARY 10, 2014 ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), the Defendant, El A. Willis, moves this Court to dismiss the plaintiff's complaint on the ground that the complaint fails to state a claim upon which relief may be granted. The Defendant requests this honorable Court to grant the Defendant's Motion to Dismiss and order the seized funds returned.

Respectfully submitted this 12th day of August, 2014.

s/A. Philip Lomonaco
A. Philip Lomonaco, BPR# 011579
800 S. Gay Street, Suite 1950
Knoxville, TN 37929
(865) 521-7422

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

s/A. Philip Lomonaco
A. Philip Lomonaco BPR# 011579