# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CIVIL MINUTES

**Case No.:** 3:14-cv-320    **At:** Courtroom 3B    **Date:** December 9, 2014

**Style:** United States of America    **vs.**    18,480.00 in U.S. Currency

---

**Present Before**: Honorable C. Clifford Shirley, Jr., United States Magistrate Judge

| Rachel Stone | Netta Kocuba | Leah McClanahan |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Law Clerk** |

| Anne-Marie Svolto | Philip Lomonaco |
|---|---|
| **Attorney for Plaintiff(s)** | **Attorney for Defendant(s)** |

**Proceedings:** The parties presented to address the pending motions before the Court. Argument heard by counsel. The Court advises the Government to file their supplemental brief following the hearing. The Defendant shall have 10 days to file a response to the Government's brief. The Court takes the pending motions under advisement. Order to follow.

**Time:** 1:30 p.m.    **to**    3:05 p.m.