Shirley

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

JDLS / 

| PLAINTIFF    United States of America | COURT CASE NUMBER    3:14-CV-320 |
|---|---|
| DEFENDANT    $18,480.00 U.S. Currency Seized from El A. Willis on February 10, 2014 | TYPE OF PROCESS    Complaint, Notice, Warrant |

RECEIVED
2014 SEP 22 PM 12:46
U.S. MARSHAL ENFTD
KNOXVILLE, TN

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Shonta Wilson

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1401 Daylilly Dr., Apt. # 268, Knoxville, TN 37920

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Anne-Marie Svolto
Assistant U.S. Attorney
U.S. Attorney's Office
800 Market Street, Suite 211
Knoxville, TN 37902

| | |
|---|---|
| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 0 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                                                    Fold

14-DEA-594590 - Serve Complaint documents on party/potential claimant.

| Signature of Attorney other Originator requesting service on behalf of:    *Anne-Marie Svolto / by J. Sorey* | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER    865.545.4167 | DATE    09/22/2014 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process    3 | District of Origin    No. 74 | District to Serve    No. 74 | Signature of Authorized USMS Deputy or Clerk    See Name | Date    9/22/14 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (*complete only different than shown above*) | Date    3 OCT 14     Time    1:25 ☐ am ☑ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee    8.00    105.00 | Total Mileage Charges including endeavors    2.24 | Forwarding Fee | Total Charges    75.24 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)    $ 75.24 |
|---|---|---|---|---|---|

REMARKS: 9/22/14 Certified mailed Complaint, Notice, & Warrant # 7001 2510 0006 2086 5502
10/31/14: NO PERSON OF THAT NAME @ ADDRESS AS OF CURRENT RESIDENT, NO FORWARDING ADDRESS
12/10/14- Received Certified envelope "UnClaimed" noticed returned unserved 7001 2510 0006 2006 208(

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

Shonta Wilson
1401 Daylilly Dr Apt# 268
Knoxville, TN. 37920

Total Postage & Fees

Sent To

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

PS Form 3800, January 2001          See Reverse for Instructions

7001 2510 0006 2086 5502



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

1. Article Addressed to:

Shonta Wilson
1401 Daylilly Dr Apt# **268**
Knoxville, TN. 37920

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7001 2510 0006 2086 5502

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

U.S. Department of Justice

United States Marshals Service
Eastern District of Tennessee
800 Market Street, Suite 320
Knoxville, TN 37902

Official Business
Penalty for Private Use $300

CERTIFIED MAIL

7001 2510 0006 2086 5502

Shonta Wilson
1401 Daylilly Dr Apt# 268
Knoxville, TN. 37920

UNCLAIMED,

RECEIVED
2014 DEC 10 ... 8:45
U.S. MARSHAL E/TN
KNOXVILLE

LN / 9/27/32

$ 007.82⁰
SEP 22 2014
MAILED FROM ZIP CODE 37902